Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Distilling.

RICE, J. Appeal dismissed.

---

(108 So. 922)

Bruce COMBS v. STATE. (6 Div. 985.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge. Second degree murder.

RICE, J. Appeal dismissed.

---

(106 So. 915)

Net COPELAND v. STATE. (4 Div. 180.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Pike County; J. H. Wilkerson, Special Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

---

(110 So. 919)

Pete COREY v. STATE. (1 Div. 668.) (Court of Appeals of Alabama. Nov. 16, 1926.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Violating prohibition law.

RICE, J. Affirmed.

---

(106 So. 915)

Morgan COSHATT v. STATE. (6 Div. 853.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

---

(106 So. 915)

CRESCENT COAL CO. et al. v. Louis SUCHY, pro ami. (6 Div. 810.) (Court of Appeals of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(109 So. 924)

W. L. CRITTENDEN v. STATE. (8 Div. 382.) (Court of Appeals of Alabama. June 8, 1926.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. Distilling.

SAMFORD, J. Affirmed.

---

(107 So. 925)

Monroe CRONEY v. STATE. (8 Div. 350.) (Court of Appeals of Alabama. March 23, 1926.) Appeal from Circuit Court, Limestone County; N. D. Denson, Judge. Possessing a still. J. G. Rankin, of Athens, for appellant. Harwell G. Davis, Atty. Gen., and Robt. G. Tate, Asst. Atty. Gen., for the State.

RICE, J. Affirmed.

---

(110 So. 919)

Lizzie CRUMPTON v. Miles BRADFORD. (6 Div. 887.) (Court of Appeals of Alabama. Nov. 26, 1926.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(110 So. 919)

Ermon CRUMPTON v. STATE. (5 Div. 642.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Chilton County; Geo. F. Smoot, Judge.

SAMFORD, J. Affirmed.

---

(105 So. 923)

Pascal CRUTCHFIELD v. STATE. (4 Div. 97.) (Court of Appeals of Alabama. Aug. 4, 1925.) Appeal from Circuit Court, Geneva County; H. A. Pearce, Judge. Mulkey & Mulkey, of Geneva, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. The defendant, a 19 year old boy, was convicted of the offense of having sexual intercourse with a girl over the age of 12 and under the age of 16. On this appeal, what purports to be a bill of exceptions does not appear to have been signed by the presiding judge, and cannot, therefore, be considered by us. Rowe v. Buttram et al., 180 Ala. 456, 61 So. 258. The record proper being in regular form, and no prejudicial error appearing, it follows that the judgment of conviction must be affirmed. Affirmed.

---

(108 So. 922)

Gladys CRYAR v. STATE. (8 Div. 457.) (Court of Appeals of Alabama. May 25, 1926.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge. Grand larceny.

RICE, J. Appeal dismissed.

---

(109 So. 924)

Hous CUNNINGHAM v. STATE. (7 Div. 206.) (Court of Appeals of Alabama. June 1, 1926.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge. Selling liquor.

SAMFORD, J. Appeal dismissed.

---

(110 So. 919)

John DANZEY v. STATE. (4 Div. 248.) (Court of Appeals of Alabama. Nov. 9, 1926.)